```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KELLY GOLDSMITH, *individually and on behalf of all*           :
*others similarly situated*,                                   :
                                                               :       1:24-cv-6354-GHW
                                        Plaintiff,             :
                                                               :            ORDER
            -v -                                               :
                                                               :
UBS FINANCIAL SERVICES INC.,                                   :
                                                               :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the telephone conference held on December 19, 2024, Defendant's motion to dismiss is due by February 7, 2025; Plaintiff's opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due four weeks after the date of service of Plaintiff's opposition.

       In addition, for the reasons stated on the record during the telephone conference, discovery in this case is stayed pending the resolution of Defendant's motion to dismiss.

       SO ORDERED.

Dated:  December 19, 2024
New York, New York

                                                _____
                                                   GREGORY H. WOODS
                                                United States District Judge