UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY GOLDSMITH                                         :

        Plaintiff,                                      :        <u>ORDER</u>

   -v.-                                                            :
                                                             24 Civ. 6354 (GHW) (GWG)
UBS FINANCIAL SERVICES INC.,                :

        Defendant.                                    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has come to the Court's attention that Judge Woods ordered a stay of discovery in this matter pending decision on the motion to dismiss. (Docket # 39). In light of this ruling, the Rule 16 conference scheduled for January 23, 2025, is adjourned sine die. The parties are directed to report to the Court within 7 days of the ruling on the motion to dismiss (if the case continues after that ruling).

      SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge